387 A.2d 117

Hernick, et al., Appellants, v. Prospect Park Catholic Civic Association, et al.

618

 Argued December 6, 1977. William A. George, with him Higgins, Gorbey, George and DiOrio, for appellants; George J. McConchie, with him Cramp, D'Iorio, McConchie, Forbes and Surrick, for appellees.

Order affirmed.